**Motion Granted; Abatement Order filed October 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00790-CV

_____

### JBRICE HOLDINGS LLC AND 231 W. TRIOAKS LANE, AN INDIVIDUAL SERIES OF JBRICE HOLDINGS, L.L.C, Appellants

### V.

### WILCREST WALK TOWNHOMES ASSOCIATION, INC., Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-38805**

## ABATEMENT ORDER

Appellants appeal the trial court's judgment signed September 26, 2017. Appellants filed a motion to stay the appeals until disposition of the petition for review in cause number 16-1005, *Tarr v. Timberwood Park Owners Ass'n, Inc.* The motion is granted.

The appeal is abated and removed from this court's active docket. The appeal will be reinstated after disposition of petition for review in cause number 16-1005

in the Texas Supreme Court. Appellants further requested that any motions addressing security be exempted from this court's abatement order. The court will consider an appropriate motion to reinstate the appeal filed by either party for the purpose of reviewing the trial court's post-judgment orders, or the court may reinstate the appeal on its own motion.

It is so ORDERED.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell.